No. 546. CHANCE *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY Co. Sup. Ct. Mo. Certiorari denied. *Anthony P. Nugent, Sr.,* for petitioner. *George L. Gordon, Jr.,* for respondent.

No. 549. KEELING *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied. *James R. Willis* for petitioner. *John T. Corrigan* for respondent.

No. 550. PREZIOSO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Maurice Edelbaum* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 553. PUGLIANO ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *F. Lee Bailey* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 558. ATLANTIC REFINING Co. *v.* FEDERAL TRADE COMMISSION. C. A. 6th Cir. Certiorari denied. *Edward F. Howrey, Roy W. Johns* and *Edward J. Kremer, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, James McI. Henderson* and *Alvin L. Berman* for respondent.

No. 568. KIESLING ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. *George D. Rothermel* and *Samuel Kalikman* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Meyer Rothwacks* for the United States et al.